AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Manuel Chiqui, Raul Tolentino, Enrique Tolentino, and Andres Perez, on behalf of themselves and others similarly situated <br><br> *Plaintiff(s)* <br> v. <br> Seersucker, Inc., Wilma Jean Inc., Smith Canteen, Inc., Robert Newton, and Kerry Diamond <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 18 —CV— 6777 |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Seersucker, Inc., c/o NY Secretary of State, One Commerce Plaza, 99 Washington Avenue, 6th Floor, Albany, NY 12231;
Wilma Jean Inc., c/o NY Secretary of State, One Commerce Plaza, 99 Washington Avenue, 6th Floor, Albany, NY 12231;
Smith Canteen, Inc., 343 Smith Street, Brooklyn, NY 11231;
Robert Newton, 818 19th Avenue, Apt. #1216, Nashville, TN 37203;
Kerry Diamond, 343 Smith Street, Brooklyn, NY 11231.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
    Cilenti & Cooper, PLLC
    708 Third Avenue - 6th Floor
    New York, New York 10017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 11/29/2018

/s/Priscilla Bowens
*Signature of Clerk or Deputy Clerk*